# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JESUS LUNAMESA,

     Plaintiff,

v.

LEE GRIGGS,

     Defendant.

Case No. 2:10-CV-1516-KJD-RJJ

**ORDER**

     Court mail has been returned from High Desert State Prison, the location and address at which Plaintiff indicated he was incarcerated with a notation reflecting that Plaintiff was "Not at HDSP." As Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address,

     IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice.

     DATED this 5th day of October 2010.

_____
Kent J. Dawson
United States District Judge